IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ABDUL MALIK BEY, Secured party doing business as GRADY RENARD WILLIAMS, JR,

    Plaintiff,

v.

BRIAN KEMP, et al,

    Defendants.

Case No. 5:23-cv-00115-MTT-CHW

## **J U D G M E N T**

Pursuant to this Court's Order dated May 25, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 26th day of May, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk